500

No. 17,458.

PAUL H. FERCH, ET AL. *v.* SAM HANSEN AND
THE CITY AND COUNTY OF DENVER.
(283 P. [2d] 651)

Decided May 9, 1955.   Rehearing denied May 31, 1955.

Messrs. STONE, BLOOD & MEYERS, for plaintiff in error.

Mr. JOHN E. FITZPATRICK, for defendant in error Denver Hog Growers Association.

Mr. OMER GRIFFIN, for defendant in error Sam Hansen.

Mr. JOHN C. BANKS, Mr. LESLIE A. GROSS, for defendant in error City and County of Denver.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.